# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Brewer, | No. CV-1:16-1091-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Leprino Foods Company, Inc., | |
| Defendant. | |

Previously, the Court set the deadline for the filing of a dispositive motion in this matter for Friday, December 15, 2017. (Doc. 28.) Ordinarily, the setting of oral argument on the motion would dictate the deadlines for the response and reply. (See L.R. 230.) In this case, however, given the visiting status of Judge McNamee, the Court will depart from the Eastern District of California's Local Rules and set a deadline for the response and reply *sua sponte*. If the Court deems oral argument necessary, it will schedule it at a later time.

Accordingly,

**IT IS HEREBY ORDERED** that the deadline to file a dispositive motion is **Friday, December 15, 2017**. The motion, including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of undisputed facts. (See L.R. 260.)

**IT IS FURTHER ORDERED** that the deadline to file opposition to a dispositive motion is **Friday, January 19, 2018**. The opposition, including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement

of disputed facts. (See L.R. 260.)

**IT IS FURTHER ORDERED** that the reply in support of a dispositive motion shall be filed by **Friday, February 9, 2018.** The reply including its supporting memorandum may not exceed eleven (11) pages, exclusive of attachments.

DATED this 4th day of December, 2017.

*Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge