# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Brewer, | No. CV-1:16-1091-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Leprino Foods Company, Inc., | |
| Defendant. | |

Pursuant to the September 5, 2018 Telephonic Status Conference,

**IT IS HEREBY ORDERED** that any Motions for Sanctions or Relief shall be filed by **Friday, September 28, 2018.**

**IT IS FURTHER ORDERED** that any Responses to Motions for Sanctions or Relief shall be filed by **Friday, October 26, 2018.**

**IT IS FURTHER ORDERED** that any Replies to Responses shall be filed by **Friday, November 16, 2018.**

Dated this 10th day of September, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge