# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Brewer,<br><br>    Plaintiff,<br><br>v.<br><br>Leprino Foods Company, Inc.,<br><br>    Defendant. | No. No. CV-1:16-1091-SMM<br><br>**ORDER**<br>**(GENTLE REMINDER)** |

On March 25, 2019 the Court ordered the parties to file a finalized Jury Questionnaire with the Court on or before Wednesday, March 27, 2019. (Doc. 87.) The deadline has now passed, and the parties have not filed the Jury Questionnaire. The Jury Administrator needs some lead time to prepare the Jury Questionnaire. The Court, however, recognizes that counsel are occupied with trial tasks, and the Court will be as understanding as possible under the circumstances, but this must be filed. Accordingly, the Court renews its March 25, 2019 Order and will require the parties to file a finalized Jury Questionnaire with the Court by **Thursday, March 28, 2019 at 5:00 p.m.**

Based on the foregoing,

**IT IS HEREBY ORDERED** that the parties shall file a finalized Jury Questionnaire with the Court by **Thursday, March 28, 2019 at 5:00 p.m.**

Dated this 28th day of March, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge