# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Brewer,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Leprino Foods Company, Inc.,<br><br>　　　　Defendant. | No. CV-1:16-1091-SMM<br><br>**ORDER** |

On April 24, 2014, Defendant filed a Motion for Attorney Fees Pursuant to Court's Order on Motion for Sanctions. (Doc. 114.) Ordinarily, the setting of oral argument on the motion would dictate the deadlines for the opposition and reply. (See L.R. 230(b)-(c).) In this case, however, given the visiting status of Judge McNamee, the Court will depart from the Eastern District of California's Local Rules and set a deadline for the opposition and reply *sua sponte*. If the Court deems oral argument necessary, it will schedule it at a later time. Accordingly,

**IT IS HEREBY ORDERED** that the deadline to file an Opposition to Defendant's Motion for Attorney's Fees is **Friday, May 17, 2019.**

**IT IS FURTHER ORDERED** that a Reply in support of Defendant's Motion for Attorney's Fees shall not be permitted unless ordered by the Court.

Dated this 29th day of April, 2019.

　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　Senior United States District Judge