# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Brewer, | No. CV-1:16-1091-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Leprino Foods Company, Inc., | |
| Defendant. | |

Before the Court is Defendant Leprino Foods Company, Inc.'s Request for Hearing on Bill of Costs. (Doc. 119.)

On April 25, 2019, Defendant filed its Bill of Costs. (Doc. 116.) Plaintiff filed her Objections to Defendant's Bill of Costs on May 1, 2019. (Doc. 118.) Defendant filed the instant request on May 3, 2019, requesting "that the Court set a hearing on the taxing of the Bill of Costs" and "issue a briefing schedule for Defendant's response to the filed Objections." (Doc. 119 at 1-2.) Then, Plaintiff filed a Motion for New Trial on May 9, 2019. (Doc. 120.)

Based on the foregoing, the Court will not resolve the issue of Defendant's Bill of Costs until the Court resolves Plaintiff's Motion for New Trial.

Accordingly,

**IT IS HEREBY ORDERED staying** the issue of Defendant's Bill of Costs (Doc. 116), pending the resolution of Plaintiff's Motion for New Trial.

**IT IS FURTHER ORDERED denying without prejudice** Defendant's Request

for Hearing on Bill of Costs. (Doc. 119.)

Dated this 13th day of May, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge