# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Brewer, | No. CV-1:16-1091-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Leprino Foods Company, Inc., | |
| Defendant. | |

On May 9, 2019, Plaintiff Brandy Brewer filed a Motion for New Trial. (Doc. 119.) Pursuant to Local Rule 230 for the Eastern District of California, the Court will vacate the Motions Hearing currently set for June 19, 2019 at 8:30 a.m. and reset this matter for a Telephonic Motions Hearing on Wednesday, June 19, 2019 at 9:30 a.m., Arizona time. Additionally, the setting of oral argument on the motion will dictate the deadlines for the Opposition and Reply. See L.R. 230(c)-(d). Thus, any Opposition to Plaintiff's motion shall be filed on or before June 5, 2019, and any Reply in support of Plaintiff's motion shall be filed on or before June 12, 2019. Accordingly,

**IT IS HEREBY ORDERED vacating** the Motions Hearing set for June 19, 2019 at 8:30 a.m. and **resetting** this matter for a Telephonic Motions Hearing on **Wednesday, June 19, 2019 at 9:30 a.m., Arizona time**, in Courtroom 401, on the fourth floor of the Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003 before Senior Judge Stephen M. McNamee. The parties are directed to conference on one single, clear telephone line prior to calling Judge McNamee's chambers at 602-322-7555 five (5) minutes before the start of the proceeding.

**IT IS FURTHER ORDERED** that any Opposition to Plaintiff's Motion for New Trial shall be filed on or before **Wednesday, June 5, 2019.**

**IT IS FURTHER ORDERED** that any Reply in support or Plaintiff's Motion for New Trial shall be filed on or before **Wednesday, June 12, 2019.**

Dated this 14th day of May, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge